AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CLOSE ARMSTRONG LLC;
RANDALL L DICKSON;
JAYMIE L DICKSON
        Plaintiffs
    v.
TRUNKLINE GAS COMPANY
also known as Trunkline Gas Company LLC
        Defendant

**Civil Action No.**    3:18cv270
                               3:18cv494

TRUNKLINE GAS COMPANY LLC
        Counter Claimant

    v.
JAYMIE L DICKSON;
RANDALL L DICKSON
        Counter Defendants

TRUNKLINE GAS COMPANY
also known as Trunkline Gas Company LLC
        Counter Claimant

    v.
CLOSE ARMSTRONG LLC
        Counter Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: The court enters final judgment pursuant to the stipulated final judgment at docket 293.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was

reached.

**X** decided by Judge Damon R. Leichty on a Stipulated Final Judgment.

DATE: March 22, 2024

*Chanda J. Berta, Clerk Of Court*

by s/ D. Johnson
*Signature of Clerk or Deputy Clerk*